Cite as 2020 Ark. 179
# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** April 30, 2020

IN RE ARKANSAS BAR
EXAMINATION--JULY 2020

**PER CURIAM**

The Arkansas Supreme Court, through the State Board of Law Examiners, plans to administer the Arkansas Bar Examination on July 28–29, 2020, contingent on the status of the COVID-19 pandemic. Administration of the July 2020 bar examination will depend on state and federal restrictions regarding COVID-19. It will also depend on the ability of the National Conference of Bar Examiners to supply test materials.

The Court recognizes that many graduating law students are anxious about future employment and possible delays in their licensing as new attorneys. The Court is committed to having the July 2020 bar examination administered, if at all possible, to avoid any delays in licensing. All precautions will be taken to ensure that administration of the July 2020 bar examination complies with public-health recommendations to protect the safety of all examinees and our administering staff. If the July bar examination cannot be administered, the examination will be rescheduled for dates in September 2020.